Gregory B. Smith (USB #6657)
GREG SMITH & ASSOCIATES (ALAPC)
111 East 5600 South, Suite 105
Murray, Utah 84107
Telephone: (801) 651-1512
mail: gs@justiceinutahnow.com

*Attorney for Plaintiff Mario Belen*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION

| MARIO BELEN, | **COMPLAINT FOR DAMAGES** |
|---|---|
| Plaintiffs, | (JURY TRIAL DEMANDED) |
| vs. | |
| ROAD RUNNER STRIPING and Shane Greene | Civil No.: |
| Defendants. | |

**COMPLAINT FOR VIOLATION
OF THE FAIR LABOR STANDARDS ACT (UNPAID WAGES AND OVERTIME)**

Plaintiff hereby complains against Defendants, demanding a trial by jury, and seeking relief as follows:

1

## I.  PARTIES

**1.** Plaintiff presently resides in Utah. At all times relevant herein Plaintiff was a resident of the State of Utah, and many of the acts herein complained occurred in the State of Utah.

**2.** Roadrunner Striping is an Utah entity Number 11131540-0160; Company Type: LLC – Domestic; Address: 1647 EAST SANDHILL DR WASHINGTON, UT 84780; Registered Agent: Daemon J Basile. The Registered Agent Address is 520 E Tabernacle St Ste 300, St George, UT 84770.

## JURISDICTION AND VENUE

3. This action is brought pursuant to the Fair Labor Standards Act (FLSA), as codified, 29 U.S.C. 201 to 219 and pursuant to Utah state employment and contract laws.

4. This Court has pendent jurisdiction of any related state law claims asserted under 28 U.S.C. § 1367 because they arise from a nucleus of operative facts common to the causes of action arising under this complaint, and because exercising pendent jurisdiction serves the interests of judicial economy, convenience and fairness to the parties.

5. Venue is proper in this Court pursuant to Utah Code § 78B-3-304(2) and 28 U.S. Code § 1391 because a significant percentage of the

work completed and described herein was performed in the State of Utah, and Defendants reside in Utah.

## PRELIMINARY STATEMENT

This is a simple failure to pay overtime case under the United States Fair Labor Standards Act (FLSA). Plaintiff seeks unpaid wages, liquidated damages, attorney fees, and all other relief permitted under the Fair Labor Standards Act.

## STATEMENT OF FACTS

6. Plaintiff worked for Roadrunner Striping, and from March of 2020 until he separated from the employ of Defendants, he was not properly paid pursuant to the United States Fair Labor Standards Act.

7. Exhibit 1 properly lays out the hours that he worked, and its contents are incorporated by reference.

8. While Plaintiff worked for Roadrunner Striping, Shane Greene was either its owner, or at least, part owner of it.

9. While Plaintiff worked for Roadrunner Striping, Shane Greene's wife was either its owner, or at least, part owner of it.

10. The Greenes managed and supervised all that Plaintiff did, and paid him $22 dollars per hour.

11. Time and a half should for hours worked beyond 40 in any given workweek should have been $33 an hour, but Defendants failed to properly pay him such.

12. At all times relevant, Defendants have been and continue to be "employers" engaged in interstate commerce and/or the production of goods for commerce, within the meaning of the FLSA, 29 U.S.C. § 201, et seq. Defendant is an *employers* (per the FLSA) over Plaintiffs.

13. At all times relevant, Defendants employed and continue to employ, employees, including those like Plaintiffs who engage in commerce or in the production of goods for commerce.

14. Roadrunner Striping, the company Plaintiff worked for, is an Utah entity Number 11131540-0160;

15. Roadrunner is a Utah Limited Liability Company.

16. Its address is 1647 EAST SANDHILL DR WASHINGTON, UT 84780.

17. Its Registered Agent is Daemon J Basile.

18. The Registered Agent Address is 520 E Tabernacle St Ste 300, St George, UT 84770.

19. Roadrunner is a business regulated by the FLSA, and was a covered enterprise during the time Plaintiff worked for Defendants. Roadrunner, Mr. Greene and his wife were *employers* within the meaning of the FLSA.

20. At all times during the time Plaintiff worked for Defendants, he was a non-exempt employee according to the FLSA.

21. Defendants' FLSA violations were intentional and willful.

22.     As a result of Defendants' deliberate and willful FLSA violations, Plaintiff is entitled to accumulated overtime income computed three years prior to the filing of their complaint.

## CAUSES OF ACTION

### Violation of the Wage Requirement of the Fair Labor Standards Act

23.     Plaintiffs incorporate by reference each of the preceding paragraphs as though set forth herein at length.

24.     Defendants violated the FLSA § 7, U.S.C. § 207 by failing to pay overtime wages, which is laid out in Exhibit 1.

25.     Pursuant to the FLSA § 16, 29 U.S.C. § 216, Plaintiff brings this lawsuit to recover unpaid wages, overtime, wage differential, liquidated damages in an equal amount, attorney's fees, and the cost of this litigation.

## RELIEF REQUESTED

WHEREFORE, Plaintiff prays judgment against Defendants for the following relief:

1.  All statutory, general, compensatory, consequential, and other damages allowed by law,

2.  An order requiring Defendant to pay all costs, legal fees, and expenses incurred in this action;

3.  Any such further orders as the Court may deem just and proper under the circumstances, such as pre- and post-judgment interest.

Dated this 3rd day of May, 2021

                                  GREG SMITH AND ASSOCIATES PC

                                  <u>/s/ Gregory B. Smith</u>
                                  Gregory B. Smith
                                  *Attorney for Plaintiff*